

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                    01-13-00704-CV

Style:                                    Lee Ann Wheelbarger

                                              **v** City of El Lago and Richard Smith

Date motion filed[*]:            November 6, 2013

Type of motion:                   Motion for extension of time to file the reporter's record

Party filing motion:            Court reporter

Document to be filed:          Reporter's record

Is appeal accelerated?        No

If motion to extend time:

    Original due date:                                    September 9, 2013

    Number of previous extensions granted:      0            Current Due date:  September 9, 2013

    Date Requested:                                        December 31, 2013

Ordered that motion is:

☐          Granted

            If document is to be filed, document due:

            ☐          The Court will not grant additional motions to extend time

☐          Denied

☒          Dismissed (*e.g.*, want of jurisdiction, moot)

☐          Other: _____

**This is an appeal from trial court cause number 2010-58056-A, which was severed out of cause 2010-58056 that is docketed under appellate cause 01-13-00619-CV. In her docketing statement in this case, appellant informed the Court that there is no reporter's record in this case, although the docketing statement in cause 01-13-00619-CV indicates that there is a reporter's record in that case. The court reporter has now filed a court reporter's information sheet stating that there is no reporter's record in this appeal. Accordingly, we dismiss the motion as moot.**

Judge's signature:    /s/ Michael Massengale
                                  ☒ Acting individually        ☐ Acting for the Court

Panel consists of      _____

Date:  December 10, 2013

November 7, 2008 Revision